

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2022

No. 04-21-00582-CV

John **DOE**,
Appellant

v.

Juan J. **CRUZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-001656-D4
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal, and appellee's brief originally was due on March 30, 2022. On March 29, 2022, appellee filed an unopposed motion requesting a thirty-day extension of time in which to file his brief. On March 30, 2022, we granted the motion and ordered appellee to file his brief no later than April 29, 2022. Our order also cautioned appellee that, because this is an accelerated appeal, further requests for extensions of time would be disfavored.

On March 29, 2022, appellee filed a second unopposed motion requesting a twenty-day extension of time. The motion is GRANTED, and appellee is ORDERED to file his brief **no later than May 19, 2022**. If appellee's brief is not filed by May 19, 2022, this appeal will be set for submission without benefit of appellee's brief.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2022.



Michael A. Cruz,
Clerk of Court